*AFFIRMED. See* Fed. Cir. R. 36.

### In re SILICON GAMING, INC.

### No. 01–1024.

United States Court of Appeals,
Federal Circuit.

June 8, 2001.

### ORDER

Silicon Gaming, Inc. moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**MINNESOTA MINING AND MANUFACTURING COMPANY,**
Plaintiff–Appellant,

v.

**MOLEX INCORPORATED,**
Defendant–Appellee,

and

**SEIKO INSTRUMENTS USA INC.,**
Defendant–Appellee.

No. 01–1289.

United States Court of Appeals,
Federal Circuit.

June 8, 2001.

ON MOTION

### ORDER

Minnesota Mining and Manufacturing Company moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All parties shall bear their own costs.